# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY PAYNE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE INSURANCE | : | |
| COMPANY, et al., | : | No. 11-2546 |
|     Defendants. | : | |

## ORDER

AND NOW, this **22nd** day of **November**, **2016**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated November 22, 2016, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Document No. 32) is **GRANTED.**

2. Defendants are entitled to $25,000 in damages.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.